1   HAROLD TAYLOR T-22119
    CIM-A2 LH-140 L
2   P.O. Box 500
    Chino, CA. 91708
3
    HAROLD TAYLOR, Class Representative
4   Plaintiff in Pro Se'

FILED
CLERK, U.S. DISTRICT COURT

12/18/2018

CENTRAL DISTRICT OF CALIFORNIA
BY:      KL      DEPUTY

5                   UNITED STATES DISTRICT COURT

6                   CENTRAL DISTRICT OF CALIFORNIA

7                              -oOo-

8   HAROLD TAYLOR, as Class          )   Case No. 5:18-cv-02488-AB-AGR
    Representative et al.,           )
9                                    )   NOTICE OF LODGEMENT OF EXHIBITS
                 Plaintiffs          )   ONE THROUGH FOURTEEN RELATES
10                                   )   TO DOC.1 COMPLAINT AND DOC. 5
                 -vs-                )   ORDER
11                                   )
    DEAN BORDERS et al.,             )       [General Order 18-02]
12                                   )
                 Defendants          )
13  _____ )

14

15                       NOTICE OF LODGEMENT

16      Attached are Exhibits One through Fourteen.  These Exhibits are

17  related to Document 1 filed 11/27/2018.  Each Exhibit is preceded by a

18  yellow Exhibit page.  Please Docket and file these into the CM/ECF system

19  as related to the Complaint at Doc.1.  This exhibit filing is in compliance

20  with the Courts 12/07/2018 Doc.5 Order and General Order 18-02.

21

22                          Respectfully Submitted

23

24                          Harold Taylor
                            _____
25                          HAROLD TAYLOR, as Class
                            Representative in Pro Se'
26

27

28

# EXHIBIT COVER PAGE

| 1 |
|---|
| EXHIBIT |

### Description of this exhibit:

August 15, 2018, Third Level Decision, which included Five Consumer
Confidence Reports ("CCR") showing multiple contaminates exceeding
Public Health Goals.  Note the May 14, 2018 First Level Response
Wherein Defendant I.Morales admits that "of the Six contaminates listed
by you, only one exceeded the other facilities" (see Pg.2 ¶2).
Defendant Morales did a review of CIM's water quality and compared
it to two other prisons and found CIM's water quality to inferior.

Number of pages to this exhibit:    55    page(s).

## JURISDICTION: {Check one only}

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ United States Circuit Court of Appeal {9th Circuit}
☐ United States Supreme Court
☐ Grand Jury

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## THIRD LEVEL APPEAL DECISION

Date:  AUG 1 5 2018

**Group Appeal**

In re:   Harold Taylor, T22119
California Institution for Men
P.O. Box 128
Chino, CA  91708

TLR Case No.: 1807074          Local Log No.: CIM-18-00541

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. Knight, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that the water at California Institution for Men (CIM) is substandard. The appellant contends that the CIM Water Treatment Plant (WTP) is producing substandard drinking water as compared to two other institutions. The appellant asserts that this inferior quality is the basis for his current medical symptoms as well as that of his fellow inmates. The appellant contends the lack of water quality is a violation of the Americans with Disabilities Act, Eighth amendment and the Armstrong Remedial Plan standards. The appellant requests for CIM to provide the Consumer Confidence Reports (CCR) for R.J. Donovan Correctional Facility (RJD) and Mule Creek State Prison (MCSP); for bottled water to be provided to all inmates at CIM; and to receive compensation for harm and injuries incurred by drinking the CIM water.

**II   SECOND LEVEL'S DECISION:** The Second Level of Review (SLR) noted the CCR is a Public Information document. The current CIM CCR was provided to the appellant via his CDCR Form 22, Inmate Request for Interview, Item, or Service dated January 10, 2018. The CIM cannot provide him with the CCR's of RJD or MCSP. Those records can be received by using Guidelines for the Inspection of Public Records (CDCR 1431) and the Request to Inspect Public Records form (CDCR 1432). A CIM CCR was provided, however, the RJD and MCSP cannot be provided. The water produced and provided by the CIM Water Treatment Plant is considered potable by the State Water Resources Control Board.

The First Level of Review noted that it was explained to the appellant how the acceptable contaminant limits are set by the EPA and the State Water Resources Control Board (SWRCB). It was further explained that all water plants present a Consumer Confidence Report (CCR) annually. This report is posted in all housing units yearly for all to read. Also, this report shows the water quality for the local area for the past year. The results of a comparison of the CCR's of the CIM WTP and the other two facilities were given. Of the six contaminants listed by the appellant, only one exceeded the other two facilities. However, all three values are below the SWRCB maximum contaminant level (MCL). Due to the age of CIM, it was explained why the exceedance exists.

The reviewer noted that upon comparing the three CCR's, the CIM WTP water quality meets or exceeds the other two facilities in most respects. The CIM WTP meets the MCL's as set forth by the SWRCB by keeping the levels as low as possible. The SLR concluded that based upon this review, the appellant's request for both phrase clarification and CCR presentation was partially granted at the SLR.

**III   THIRD LEVEL DECISION:** Appeal is denied.

**A.   FINDINGS:** Following analysis of the submitted documentation, the Appeals Examiner has determined that the appellant's allegations have been reviewed and properly evaluated by administrative staff at CIM. An appeal inquiry was conducted by appropriate supervising staff and the appeal was reviewed by the institution's Chief Deputy Warden. Despite the appellant's dissatisfaction, this review finds no evidence of a violation of existing policy or regulation by the institution based upon the arguments and evidence presented. It is clear that the institution is fully aware of its and the Department's responsibility in this matter. The appellant has also not submitted any documentation to

HAROLD TAYLOR, T22119
CASE NO. 1807074
PAGE 2

show the drinking water at CIM is contaminated.  The appellant has not supplied any evidence to show that any perceived medical conditions are a result of the drinking water at CIM.  CIM's drinking water was found to be in acceptable ranges as noted in the 2016 CCR.  Relief in this matter at the Third Level of Review is not warranted.

The appellant has added new issues and requests to the appeal.  The additional requested action is not addressed herein as it is not appropriate to expand the appeal beyond the initial problem and the initially requested action (CDC Form 602, Inmate/Parolee Appeal Form, Sections A and B).

**B.  BASIS FOR THE DECISION:**
CCR: 3000, 3001, 3084.1, 3270, 3350, 3354, 3355, 3380

**C.  ORDER:**  No changes or modifications are required by the Institution.

The appellant shall, pursuant to CCR section 3084.2(h)(2), share this response with the other inmates who signed this appeal.

This decision exhausts the administrative remedy available to the appellant within CDCR.


J. KNIGHT, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:     Warden, CIM
        Appeals Coordinator, CIM

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CALIFORNIA INSTITUTION FOR MEN
PO Box 128
Chino, CA  91708-0128

| | |
|---|---|
| **DATE:** | May 11, 2018 |
| **TO:** | H. Taylor (T22119) |
| **SUBJECT:** | Second Level Appeal Response |
| **CIM APPEAL LOG NUMBER:** | CIM-A-18-00541 |
| **APPEAL ISSUE:** | LIVING CONDITIONS |
| **APPEAL DECISION:** | Partially Granted |

**APPEAL DESCRIPTION:**  You state in your appeal that you are dissatisfied with the First Level Review (FLR) response.  You state your original dissatisfaction that the water at the California Institution for Men (CIM) is substandard.

**ACTION(S) REQUESTED:**  You are requesting that CIM provide the Consumer Confidence Reports (CCR) for RJ Donovan (RJD) and Mule Creek State Prison (MCSP).

**REGULATIONS:**
- California Code of Regulations, Title 15, § 3084.7(e)

**APPEAL FACT-FINDING:**  You were interviewed at the FLR by Chief Engineer I. Morales on March 14, 2018.  At the time of the interview, the CCRs for the other two facilities were not present. However, a table comparing the information gathered from all three CCR's was used to provide a visual comparison of the contaminant levels at all three institutions.

The CCR is a Public Information document. The current CIM CCR was provided to you via your Inmate/Parolee Request for Interview, Item or Service form (CDCR 22) dated January 10, 2018. CIM cannot provide you with the CCR's of RJD or MCSP. Those records can be received by using Guidelines for the Inspection of Public Records (CDCR 1431) and the Request to Inspect Public Records form (CDCR 1432).

**APPEAL RESPONSE:**  A CIM CCR was provided, however, the RJD and MCSP cannot be provided. The water produced and provided by the CIM Water Treatment Plant is considered potable by the State Water Resources Control Board.

**APPEAL DECISION:**  A formal review of your appeal has been completed. Your complaint and all remedial actions have been considered. All documentation relative to your appeal has been reviewed. Based on this review, your request for both phrase clarification and CCR presentation is partially granted at the Second Level of Review.

Second Level Appeal Response
CIM-A-18-00541
H. Taylor, T22119
Page 2

If you are dissatisfied with this Second Level Review response, explain the reason in Section F of the CDCR 602, attach supporting documents, and submit by mail within 30 days of receipt directly to the Office of Inmate Appeals for a Third Level Review. All appeal-related documents you submitted are attached.


J. BISHOP
Associate Warden
California Institution for Men


DEAN BORDERS
Warden
California Institution for Men

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

1807074

T22119

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

CIM-A-18-00541    9

*FOR STAFF USE ONLY*

You ma~ ~~~~~ ~~~~~~~~~ ~~ ~~d Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is ... other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Taylor, Harold and all other similarly situated CIM inmates | CDC Number: T-22119 | Unit/Cell Number: A2-158 L | Assignment: 2/W Porter |
|---|---|---|---|

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** On-going injury, harm and damages due to forced consumption of substandard and contaminated drinking water at CIM A-Facility in violation of the ADA

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):**

I/M Taylor and other similarly situated CIM High Risk Medical (HRM) inmate/patients continue to be harmed by staff's inaction and neglect at CIM including: Julie Cavender, B.Casterena, T.Le,

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):**

1) Acknowledge that MCSP and RJD (other HRM Facilities) have superior quality drinking water with less contaminates that CIM in violation of the ADA et al; 2) Provide bottled water to all

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

1) 02/11/2018 CDCR 22          2) 02/05/2018 RAP response
3) CIM CCR's for the years of 2012, 2013, 2014, 2015 and 2016.

☐ No, I have not attached any supporting documents. Reason :_____

_____

_____

**Inmate/Parolee Signature:** *Harold Taylor*      **Date Submitted:** 2/27/18

☐ **By placing my initials in this box, I waive my right to receive an interview.**

FEB 2 8 REC'D
CIM
APR 04 REC'D
CIM
APR 23 REC'D

REC BY OOA
MAY 29 2018

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?  ☒ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date:_____ Date:_____ Date:_____ Date:_____
☐ Cancelled (See attached letter) Date:_____
☒ Accepted at the First Level of Review.
  Assigned to: IS      Title: AW      Date Assigned: 3/7/18  Date Due: 4/11/18

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 03/4/18      Interview Location: FAA LAGUNA

Your appeal issue is: ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other:_____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ISAAC MORALES (Print Name)   Title: CHIEF   Signature:_____ Date completed: 03/4/18

Reviewer: J. CORE (Print Name)   Title: AW   Signature:_____

Date received by AC: 3/19/18

AC Use Only
Date mailed/delivered to appellant: 3/19/18

[Ex.1  Pg.5 of 55]

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 602 (REV. 03/12)

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

I am dissatisfied with the First Level Response ("FLR") for several reasons including:
1) The regulations cited by the FLR at Pg.1 are immaterial and irrelevant because this is a ADA and Bane Act equal services and programs discrimination action; 2) False claims or explanations that there are "acceptable contaminate limits" do not apply in Discrimination cases. CIM "MUST" offer equal quality drinking water, especially since High Risk Medical ("HRM") patients are being forced to drink the substandard and

Inmate/Parolee Signature: _Harold Taylor_   Date Submitted: _4/2/18_

**E. Second Level - Staff Use Only**   Staff – Check One:   Is CDCR 602-A Attached?   ☑Yes   ☐ No

This appeal has been:

☐ By-passed at Second Level of Review.  Go to Section G.
☑ Rejected (See attached letter for instruction) Date: _4-13-18_   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _R.S._   Title: _AW_   Date Assigned: _5-3-18_   Date Due: _6-8-18_

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☒Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _Lewis_   Title: _SPX_   Signature: _____   Date completed: _5/11/18_
(Print Name)

Reviewer: _D Holbrook_   Title: _CCN_   Signature: _____
(Print Name)

Date received by AC: _5/15/18_

AC Use Only
Date mailed/delivered to appellant _5/16/18_

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

I am dissatisfied with the Second Level Review ("SLR") for the following reasons:
1) The SLR contradicts the First Level Review ("FLR") in that the SLR states (at Pg.1 ¶4) "the information gathered from all three CCR's was used to provide a visual comparison of the contaminate levels at all three institutions".  The FLR states (at Pg.2 ¶ 2) that "a comparison of the CCR's of the CIM WTP and the two other facilities

Inmate/Parolee Signature: _Harold Taylor_   Date Submitted: _5/24/18_

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☑ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☒ Denied   ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant   AUG 16, 2018

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 1807074 | CIM-A-18-00541 | | 9/1 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Taylor, Harold and all other Similarly situated CIM inmates | CDC Number: T-22119 | Unit/Cell Number: A2-158 L | Assignment: 2/W Porter |
|---|---|---|---|

A. Continuation of CDCR 602, Section A only (Explain your issue): T.Lambert, A.Valle, V.Sanchez, B.Strobert and K.Torres, all are aware of the substandard and unequal drinking water service at CIM and all fail to protect the disabled HRM patients in violation of the ADA and the 8th Amendment constitutional rule to prevent cruel and unusual punishment including other unlawful violations.  Other HRM prisons (MCSP and RJD) provide superior quality drinking water service with far less toxic contaminates including lower levels of Coliform Bacteria, Lead, Arsenic, TCE's, Nitrate ($NO^3$) and Hexavalent Chromium 6.  The high Levels of multiple contaminates supports a toxic finding (6 different contaminates continue to harm HRM patients).  Providing inferior and contaminated drinking water at CIM is a blatant violation of the equal services and program doctrine of the ADA and must be corrected. Denial of equal access to uncontaminated drinking water service is blatant discrimination as noted on the attached CDC-1824.  No accommodation has been provided in violation of the ADA, the Armstrong Remedial Plan and the 8th Amendment ban on cruel and unusual punishment.  Criminal Punishment is warranted.

Inmate/Parolee Signature: _Harold Taylor_    Date Submitted: _2/27/18_

B. Continuation of CDCR 602, Section B only (Action requested): inmates at CIM; 3) provide compensation for harm and injuries to all similarly situated inmates who continue to consume inferior and contaminated drinking water at CIM.

Inmate/Parolee Signature: _Harold Taylor_    Date Submitted: _2/27/18_

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

---

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** contaminated water and other HRM and non-HRM patients are not; 3) I.Morales may have falsified a State Record (a felony) when he falsely claimed (at Pg.2, Para.2) "The results of a comparison of the CCR's of the CCR'S of the CIM WTP and the other two facilities were given". No comparison results were provided, No CCR'S from MCSP or RJD were provided, nothing was given to appellant including MCSP/RJD CCR'S, no summary reports from either of those institutions were provided; 4) The FLR admits that equal services and program relief from the on-going discrimination is required wherein the FLR stated "of the six contaminates listed by you, only one exceeded the other two facilities." Appellant believes that this claim "only one exceeded" is false and unsupportable because MCSP receives it's drinking water (via City of Ione) from the Mokelumne River (a Sierra Nevada mountain range pure water source). MCSP should be at 0 Nitrates, 0 Hexavalant Chromium 6 and 0 TCE's, the other contaminates should be be in parts per Billion (very minimal). Appellant also believes that RJD'S water supply (the Colorado River) is also substantially superior in water quality to CIM's contaminated H²O. Please provide the CCR'S from both of these institutions, especially since the FLR falsely claims they "were given".

Inmate/Parolee Signature: *Harold Taylor*      Date Submitted: 4/2/18

---

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** [MCSP & RJD] were given". No table comparing the water quality of MCSP & RJD to CIM was provided or given AT ANY TIME; 2) The SLR is wrong in that no relief was "Partially Granted". Specifically, no acknowledgment was made regarding the superior quality of the MCSP & RJD water quality when compared to the CIM drinking water, which continues to be a blatant violation of the equal services and programs prong of the ADA, as well as the Bane Act. These on-going serious violations continue to cause harm, injury and damages because CIM inmates are forced to continue to consume (daily) inferior and contaminated drinking water at CIM. No partial or other relief was granted.

Inmate/Parolee Signature: *Harold Taylor*      Date Submitted: 5/14/18

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*Friday, April 13, 2018*

*TAYLOR, T22119*
*A LH 1000168L*

LIVING CONDITIONS, Adequacy of Environment, 04/04/2018
Log Number: CIM-A-18-00541
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

CIM

APR 26 REC'D

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(16). The appeal issue or complaint emphasis has been changed at
some point in the process to the extent that the issue is entirely new, and the required lower
levels of review and assessment have thereby been circumvented.*

*You are attempting to change the appeal issue. This appeal issue as noted on the appeal
description is about water quality. You are adding new issues to the appeal. Please use the
four lines on the provided 695 to explain what you disagree about the FLR and resubmit to the
appeals office within 30 days of this rejection notice.*

☐   V. Sanchez, Appeals Coordinator  CIM
✔   T. Ledford, Appeals Coordinator, CIM
☐   R. Piceno, Staff Services Analyst
Appeals Coordinator
CIM

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
<u>There are no NEW issues. Appellant disagrees with FLR because the substandard</u>
<u>water quality is in violation of both State and Federal law: 1) The FLR does</u>
<u>not address the admitted discriminatory water quality; 2) The FLR contains false</u>
<u>claims; 3) I.Morales did not provide what he claimed regarding the water quality.</u>
Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

　
STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CALIFORNIA INSTITUTION FOR MEN
PO Box 128
Chino, CA 91708-0128



| | | |
|---|---|---|
| **DATE:** | March 14, 2018 | |
| **TO:** | Taylor, H. (T22119) | |
| **SUBJECT:** | First Level Appeal Response | |
| **CIM APPEAL LOG NUMBER:** | CIM-A-18-00541 | |
| **APPEAL ISSUE:** | Living Conditions | |
| **APPEAL DECISION:** | Partially Granted | |



**APPEAL DESCRIPTION:**   You state in your appeal that the California Institution for Men (CIM) Water Treatment Plant (WTP) is producing substandard drinking water as compared to two (2) other institutions. You continue to state that this inferior quality is the basis for your current medical symptoms as well as that of your fellow inmates. Finally, the lack of water quality is a violation of ADA, 8th Amendment, and Armstrong Remedial Plan standards.

**ACTION(S) REQUESTED:**   You are requesting three fixes for the drinking water problem.
  1) Compare the 2 institution's water quality with that of CIM
  2) Provide bottled water to all inmates at CIM
  3) Provide compensation for harm and injuries incurred by drinking the CIM water

**REGULATIONS:**
- Consumer Confidence Report (CCR) Rule, 63 FR 44511, August, 1998, Vol 63, No. 160
- Environmental Protection Agency (EPA) Source Water Assessments (SWA)
- Safe Drinking Water Act (SDWA), 42 U.S.C. § 300f et seq. (1974)

**APPEAL FACT-FINDING:**   You have a documented Test of Adult Basic Education score of 8.0 and you are not a participant in the Mental Health Services Delivery System at any level of care. You are designated as a hearing impaired inmate, requiring adaptive supports of a hearing aid or for staff to speak loudly and clearly.  During the interview, staff spoke loudly and clearly ensuring you heard and understood the questions asked and answered.

You were interviewed on March 14, 2018, by Chief Engineer I, I. Morales, in your assigned housing unit on Facility A, Laguna (A-2). During the interview, you mentioned the physical ailments that you were encountering and how your water consumption was attributing to the problem. You also mentioned that the water at the other two facilities had a higher quality value than that of the CIM WTP. It was explained to you how the

First Level Appeal Response
CIM-A-18-00541
H. Taylor
Page 2

acceptable contaminant limits are set by the EPA and the State Water Resources Control Board (SWRCB). It was further explained that all water plants present a Consumer Confidence Report (CCR) annually. This report is posted in all housing units yearly for all to read. Also, this report shows the water quality for the local area for the past year.

The results of a comparison of the CCR's of the CIM WTP and the other two facilities were given. Of the six contaminants listed by you, only one exceeded the other two facilities. However, all three values are below the SWRCB maximum contaminant level (MCL). Due to the age of CIM, it was explained why the exceedance exists.

**APPEAL RESPONSE:**  Upon comparing the three CCR's, the CIM WTP water quality meets or exceeds the other two facilities in most respects. The CIM WTP meets the MCL's as set forth by the SWRCB by keeping the levels as low as possible. Therefore, your request for a comparison is granted.

Your request to be issued bottled water is denied as the water provided is potable.

Your request for compensation for alleged harm and injuries suffered as a result of consuming the WTP water supply also denied, as this is outside the scope of the appeals process.

**APPEAL DECISION:**   A formal review of your appeal has been completed. Your complaint and all remedial actions have been considered. All documentation relative to your appeal has been reviewed. Based on this review, your request for a water quality investigation, bottled water, and compensation is Partially Granted.

If you are dissatisfied with this First Level Review response, explain the reason in Section D of the CDCR 602, attach supporting documents, and resubmit the appeal to the Institution's Inmate Appeals Coordinator within 30 days of receipt for a Second Level Review. All appeal-related documents you submitted are attached.

I. MORALES
Chief Engineer I
California Institution for Men

J. CORE
Associate Warden
California Institution for Men

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CIM-A-18-00541 | 9/1 | CIM |
| | **FOR STAFF USE ONLY** | | FEB 28 REC'D |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | | CDC Number: | Assignment: | Unit/Cell #: | Signature | Date |
|---|---|---|---|---|---|---|
| Taylor | Harold | T-22119 | Porter | A2-158 | Harold Taylor | 2/27/18 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** This group appeal challenges CIM's on-going authority to force High Risk Medical (HRM) patients to drink contaminated drinking water, which has nearly toxic levels of multiple contaminates including: Coliform Bacteria, Lead, Arsenic, TCE's, Nitrate (NO³) and Hexavalent Chromium 6.

**B. Summarize the action requested:** 1) Admit that MCSP & RJD (other HRM Facilities) have superior quality drinking water with less contaminates in violation of the ADA et al; 2) Provide bottled water to all inmates at CIM; 3) Provide compensation for ADA violations and for on-going medical harm including hives, rashes, and other water induced HRM sicknesses.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

CIM
APR 23 REC'D

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| AP4774 | John L Wilder / rashes | PTR | A2-138L | John L. Wilder | 2/12/18 |
| AA5034 | PETE V. MONTOYA / Hives | | A2-134 | Pete V. Montoya | 2/12/18 |
| AK8491 ? | Robert Le teff / Hives | | A2-138R | R.Lett | 2/12/18 |
| AB2167 | Nunez B. | | A2-135L | Nunez B. | 2/12/18 |
| AP0942 | Richard L. Strudwick / Rashes | | A-2-156L | Richard L. Strudwick | 2/12/18 |
| AD6919 | RONALD E AUSTIN | 2/wc PORTER | A2-172L | Ronald E Austin | 2/13/18 |
| V-57264 | Ramos Humberto | | A2-169L | Ramos | 2-13-18 |
| V-25135 | Bruce Koklich Seizures – HRM Patient | 3/wp Porter | A2-167L | Bruce Kok | 2-14-18 |
| F72589 | High Blood Presser Jimmy F. GRACE | A1A Missions | LH. 161-L | Jimmy F. Grace | 2-14-18 |
| AX365 | CHRISTOPHER C. CAMP | | LH 135L | | 2-17-18 |
| T-08468 | FRANK RUST | ADA hear | LH 175-L | Frank Rust | 2/18/18 |
| F46953 | Engleman, B. | NC | LH 106 | BJ Engle | 3/18/18 |

STAFF USE ONLY

REC BY OOA
CIM
APR 04 REC'D

MAY 29 2018

[Ex.1  Pg.12 of 55]

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CIM-A-18-00541 | 9/1 | |
| | FOR STAFF USE ONLY | | CIM |

FEB 28 REC'D

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | | CDC Number: | Assignment: | Unit/Cell # | Signature | |
|---|---|---|---|---|---|---|
| Taylor | Harold | T-22119 | Porter | A2-158 | Harold Taylor | 2/27/18 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** This group appeal challenges CIM's on-going authority to force High Risk Medical (HRM) patients to drink contaminated drinking water which has nearly toxic levels of multiple contaminates including: Coliform Bacteria, Lead, Arsenic, TCE's, Nitrate ($NO^3$) and Hexavalent Chromium 6.

**B. Summarize the action requested:** 1) Admit that MCSP & RJD (Other HRM Facilities) have superior quality drinking water with less contaminates in violation of the ADA et al; 2) Provide bottled water to all inmates at CIM; 3) Provide compensation for ADA violations and for on-going medical harm including hives, rashes, and other water induced HRM sicknesses.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.  APR 3 5 REC'D

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| AF9598 | Donald Clonts / age Rashes | Porter | A5-175L | DC Clonts | 2-12-18 |
| C-26302 | MATAS, RICHARD Rashes | POING | 169L | R Matas | 2-12-18 |
| AG7531 | Paul E. Houk Rash | N/A | 170L | Paul E Houk | 2-12-18 |
| AW5885 | Michael, Abara Sr Rash Cancer | CULINARY | 176L | M Abara Sr | 2-12-18 |
| T-73946 | Phillips Ricky Rashes | N/A | 162L | Ricky W. Phillips | 2-12-18 |
| T50137 | Bryan Monkres / Rashes | 3 crew Porter | A5 142L | Monkres Bryan | 2-12-18 |
| K94307 | MENDOZA GERARDO / RASHES | PORTER | 122L | M Mendoza | 2-12-18 |
| F-74973 | Rodriguez Rashes Headaches | none | 130- | M. R. Rodriguez | 2-12-18 |
| C-01461 | Henry Loible Dry Skin Rash and Hives | visiting Ptr | A5-106L | H Loible | 2-12-18 |
| AS-1783 | Briggs, Ralph Stomach / Gallbladder Cramps Skin Rash | N/A | A5-116u | | 2-12-18 |
| K-83559 | FANNING, ROBERT CHRONIC DIARRHOEA & ITCHING | PORTER 3hr | A-5-174L | Robert Fanning | 2/12/18 |
| G27253 | COLOURIS, George Prostate | N/A | A5-102L | George Colouris | 2-12-18 |

STAFF USE

REC BY OOA   CIM

APR 04 REC'D

[Ex.1  Pg.13 of 55]  MAY 29 2018

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTM ... OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CIM-A-18-00541 | 9/1 | |
| | **FOR STAFF USE ONLY** | | |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**   WRITE, PRINT, or TYPE CLEARLY in black or blue ink

| Name (Last, First): | | CDC Number: | Assignment: | Unit/Cell #: | Signature | Date: |
|---|---|---|---|---|---|---|
| Taylor | Harold | T-22119 | N/A | A2-158 | Harold Taylor | 2/27/18 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** This group appeal challenges CIM's on-going authority to force High Risk Medical (HRM) patients to Drink contaminated drinking water which has nearly toxic levels of multiple contaminates including: Coliform Bacteria, Lead, Arsenic, TCE's, Nitrate (NO$^3$) and Hexavalent Chromium 6.

**B. Summarize the action requested:** 1) Admit the MCSP & RJD (Other HRM Facilities) have superior quality drinking water with less contaminates in violation of the ADA at el; 2) Provide bottled water to all inmates at CIM; 3) Provide compensation for on-going medical harm including hives, rashes, and other HRM sicknesses.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| K-30542 | Murphy, Floyd/Resh | N/A | A4-130 | F. Murphy | 2-20-18 |
| A25226 | Chug, Harrison | — | LH-1240R | Herron | 2/20/18 |
| D-57886 | LAPOINT, L./KIDNEY | N/A | A3-1779L | L. Lapoint | 2-20-2018 |
| P-78383 | DAVID, D. M. | MED. N/A | JH-153 | | 02.20.18 |
| E-84912 | JOHNSON, LARRY | Y/C | 110 Low | Johnson, L | 2-20-18 |
| T-55317 | VERA, MARK | CLOTHING | R.O 1279L | Mark Vera | 2-20-18 |
| AG 3149 | Costa Gerald | N/A | JH141L | G. Costa | 2-20-18 |
| AF8539 | Neel, Michael V. | IWL | JH 146L | M. Neel | 2-20-18 |
| AT3203 | Moore, Gary T. | N/A | JH 127L | Gary J. Moore | 2-20-18 |
| | | | | | |
| | | | | | |
| | | | | | |

STAFF USE ONLY

**REC BY OOA**

**MAY 29 2018**

[Ex.1  Pg.14 of 55]

CIM APR 0 4 REC'D

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CIM-A-18-00541 | 9/1 | |
| | FOR STAFF USE ONLY | | CIM |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                                          **WRITE, PRINT, or TYPE CLEARLY** in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell #: | Signature | Date |
|---|---|---|---|---|---|
| Taylor Harold | T-22119 | Porter | A2-158 | Harold Taylor | 2/27/18 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** This group appeal challenges CIM's on-going authority to force High Risk Medical (HRM) patients to drink contaminated drinking water, which has nearly toxic levels of multiple contaminates including; Coliform Bacteria, Lead, Arsenic, TCE's Nitrate ($NO^3$) and Hexavalent Chromium 6.

**B. Summarize the action requested:** 1) Admit that MCSP & RJD (other HRM Facilities) have superior quality drinking water with less contaminates in violation of the ADA et al; 2) Provide bottled water to all inmates at CIM; 3) Provide compensation for ADA violations and for on-going medical harm including hives, rashes, and other water induced HRM sicknesses.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| D-53792 | David Ziemke ADA missing finger | Yard crew | A2-165 | | 02/21/18 |
| AW5488 | Vincent Russo ADA worker | | A2-117 | Vincent Russo | 2/23/18 |
| AW5488 | Vincent Russo | | | | CIM APR 23 REC'D |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |

STAFF USE    **REC BY OOA**

[Ex.1  Pg.15 of 55]    MAY 29 2018

CIM APR 04 REC'D

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME)                    (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Taylor, Harold and similarly situated CIM inmate victims | T-22119 | Harold Taylor |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM 0800 to 1430 | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CIM-A2 LH-158 L | 2/W Porter (A-2) | | Failure to provide equal quality water service |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: I/M Taylor and other inmate victims continue to suffer from CIM substandard drinking water service. The victims continue to suffer harm and damages including kidney failure, hives, rashes, pre-mature death, all caused by CIM's substandard and unequal drinking water service, which negatively impacts multiple different serious medical conditions. Other High Risk Medical prisons (MCSP&RJD) provide drinking water service with far less toxic contaminates including lower levels of Coliform Bacteria, Lead, Arsenic, TCE's, Nitrate (NO3) and Hexavalent Chromium 6. Relief to include damages for on-going harm. Please provide the 2016/2017 CCR which was not posted in any housing unit or medical facility.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☒ SENT THROUGH MAIL: ADDRESSED TO: CIM D-Facility Ground water Plant /M/      DATE MAILED: 01 / 10 / 2018

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| M Green | 1/10/18 | M Green | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CIM D-Facility Ground Water Plant Attn. Julie Cavender or Dean Borders (Warden) | 01/10/2018 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| I. MORALES | 6/22/18 | P Morales | 6/22/18 |

THE CONSUMER CONFIDENCE REPORT (CCR) IS DISTRIBUTED TO ALL BUILDINGS AT THE CALIFORNIA INSTITUTION FOR MEN (CIM) EVERY JULY. THE REPORT IS GENERALLY POSTED ON THE LOCAL BULLETIN BOARD. ENCLOSED IS A COPY OF THE 2016 CCR AS REQUESTED. I'M NOT SURE HOW YOU COULD ARRIVE AT THE CONCLUSION THAT CIM HAS SUBSTANDARD WATER, SINCE THE REPORT WAS NOT IN HAND AT THE TIME OF THE CDCR 22 WRITE-UP. ALSO THE RJD & MCSP CCR'S WOULD NEED TO BE ON HAND TO COMPARE TO THE CIM CCR BEFORE CONCLUDING THAT ONES WATER QUALITY IS BETTER THAN ANOTHER. FINALLY YOUR WATER IS TESTED WEEKLY AS PER LOCAL STATE WATER GOVERNING AUTHORITY REQUIREMENTS. ANY COMPLIANCES THAT ARE NOT MET WOULD REQUIRE US TO NOTIFY CIM ADMINISTRATION WHO IN TURN WOULD NOTIFY YOU DIRECTLY.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY. Dear Ms. Cavender: I. Morales confirmed that the Consumer Confidence Report (CCR) is distributed every July. Our substandard and unequal water quality allegation is supported by numerous CCR's dated back several years and include CCR's which document Tier 2 health code notifications. There is overwhelming evidence that CIM's drinking water supply is toxic to the High Risk Medical patients and is not an equal quality water service as documented by the superior quality drinking water at MCSP and RJD (both HRM facilities).

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Harold Taylor | 2/14/18 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CIM   CIM   CIM

APR 03 REC'D    APR 04 REC'D    FEB 28 REC'D

[Ex.1  Pg.16 of 55]

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME): Taylor, Harold and similarly situated CIM inmate victims | CDC NUMBER: T-22119 | SIGNATURE: Harold Taylor |
|---|---|---|
| HOUSING/BED NUMBER: CIM-A2 LH-158 L | ASSIGNMENT: 2/W Porter (A-2) | HOURS FROM 0800 TO 1430 | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Failure to provide equal quality water service |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW I/M Taylor and other inmate victims continue to suffer from CIM substandard drinking water service. The victims continue to suffer harm and damages including kidney failure, hives, rashes, pre-mature death, all caused by CIM's substandard and unequal drinking water service, which negatively impacts multiple different serious medical conditions. Other High Risk Medical prisons (MCSP&RJD) provide drinking water service with far less toxic contaminates including lower levels of Coliform Bacteria, Lead, Arsenic, TCE's, Nitrate ($NO^3$) and Hexavalent Chromium 6. Relief to include damages for on-going harm. Please provide the 2016/2017 CCR which was not posted in any housing unit or medical facility.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: CIM D-Facility Ground water Plant    DATE MAILED: 01 10 / 2018
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: M Green | DATE: 1/10/18 | SIGNATURE: M Green | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES (NO) |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CIM D-Facility Ground Water Plant Attn. Julie Cavender or Dean Borders (Warden) | DATE DELIVERED/MAILED: 01/10/2018 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: I. MORALES | DATE: 01/22/18 | SIGNATURE: Morales | DATE RETURNED: 01/22/18 |
|---|---|---|---|

THE CONSUMER CONFIDENCE REPORT (CCR) IS DISTRIBUTED TO ALL BUILDINGS AT THE CALIFORNIA INSTITUTION FOR MEN (CIM) EVERY JULY. THE REPORT IS GENERALLY POSTED ON THE LOCAL BULLETIN BOARD. ENCLOSED IS A COPY OF THE 2016 CCR AS REQUESTED. I'M NOT SURE HOW YOU COULD ARRIVE AT THE CONCLUSION THAT CIM HAS SUBSTANDARD WATER, SINCE THE REPORT WAS NOT IN HAND AT THE TIME OF THE CDCR 22 WRITE-UP. ALSO THE RJD & MCSP CCRS WOULD NEED TO BE ON HAND TO COMPARE TO THE CIM CCR BEFORE CONCLUDING THAT ONE IS WATER QUALITY IS BETTER THAN ANOTHER. FINALLY YOUR WATER IS TESTED WEEKLY AS PER LOCAL & STATE WATER GOVERNING AUTHORITY REQUIREMENTS. ANY COMPLIANCES THAT ARE NOT MET, WOULD REQUIRE US TO NOTIFY CIM ADMINISTRATION, WHO, IN TURN, WOULD NOTIFY YOU INDIRECTLY.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY. Dear Ms.Cavender: I.Morales confirmed that the Consumer Confidence Report (CCR) is distributed every July. Our substandard and unequal water quality allegation is supported by numerous CCR's dated back several years and include CCR's which document Tier 2 health code notifications. There is overwhelming evidence that CIM's drinking water supply is toxic to the High Risk Medical patients and is not an equal quality water service as documented by the superior quality drinking water at MCSP and RJD (both HRM facilities).

| SIGNATURE: Harold Taylor | DATE SUBMITTED: 2/11/18 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

CIM APR 3-3 REC'D

CIM APR 0 4 REC'D

[Ex.1  Pg.17 of 55]

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| CIM-A-18-00124 | | 18, ADA |

CIM
JAN 1 7 REC'D

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME(PRINT) Taylor, Harold and similarly situated CIM inmate victims | CDC NUMBER T-22119 | ASSIGNMENT 2/W Porter | HOURS/WATCH 0800-1430 | HOUSING A2-158 L |
|---|---|---|---|---|

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disibility shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you. If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Hearing Disability - Hearing deteriorating due to consumption of contaminated drinking Water at CIM A-Facility.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
See CDC-1845 Medical Verification examination in C-File.

CIM
APR 0 4 REC'D

CIM
FEB 2 8 REC'D

DESCRIBE THE PROBLEM: I/M Taylor continues to be discriminated against and victimized by CIM D-Facility Ground Water Plant including Julie Cavender or other reasonable CIM business managers (i.e. Warden Borders) because CIM will not provide equal quality drinking water services in violation of the ADA. Other High Risk Medical prisons (MCSP & RJD) provide drinking water with substantially less cumulative toxic contaminates. Taylor continues to suffer harm and damages from: Additional hearing loss, Hives, Rashes and probable pre-mature death.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? 1) Cease and Desist from providing substandard and unequal quality drinking water; 2) Provide the CIM 2016/2017 Consumer Confidence water report (to be provided at the accommodation interview for this request/ complaint, which was not posted or disclosed in any housing unit, medical office) and compare the level of multiple cumulative contaminates in CIM's drinking water report to other High Risk Medical institutions (MSCP & RJD) to establish equal services and programs under the ADA and the Bane Act.

| Harold Taylor | 1/10/18 |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

[Ex.1  Pg.18 of 55]

REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

RAP Meeting Date: 1/18/2018          Date IAC Received 1824: 1/17/2018          1824 Log Number: CIM-A-18-00124

Inmate's Name: Taylor, Harold          CDCR #: T22119          Housing: A-LH-158L

RAP Staff Present: B. Castorena, ADA AW, T. Le, Chief Physician and Surgeon, T. Lambert, H/C Appeals Coordinator, A. Valle, HCCA, V. Sanchez, Appeals Coordinator, B. Strobelt, CCII-CAMU, K. Torres, Physician and Surgeon

Summary of Inmate's 1824 Request: The inmate is alleging the water at CIM is contaminated and in violation with ADA. He is asking for CIM to stop providing substandard drinking water; to provide the CIM consumer confidence water report which he states is not posted or disclosed in any housing unit or medical office. He further wants to compare the multiple cumulative contaminates he alleges are in CIM's drinking water report with other high risk medical institutions. He alleges he is being discriminated against and victimized by CIM D Facility ground water plant because CIM will not provide equal quality drinking water.

Interim Accommodation:

☒ No interim accommodation required:

RAP RESPONSE:

RAP is able to render a final decision on the following:

Response: Attached you will find the request for Public Records form you will need to obtain the information you are requesting. Submit the completed forms to the Litigation Office at CIM. There does not appear to be any access or discrimination issues noted in your 1824. If you are having any medical concerns you may file a 7362 to discuss any possible medical problems with your physician. If you disagree with the Reasonable Accommodation Panels response you may file a CDCR 602 appeal (green form) regarding the water. You may also file a Healthcare Grievance (blue form) in regards to any health issues you feel are not being addressed.

Direction if dissatisfied: If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

B. Castorena_____          _____          Date sent to inmate: 2/5/2018
ADA Coordinator/Designee          Signature

CIM
APR 0 4 REC'D

CIM   CIM
APR 2 3 REC'D   FEB 8 REC'D

[Ex.1  Pg.19 of 55]

RAP Response - rev 08-17-17.docx

# 2012 Consumer Confidence Report

Water System Name: __California Institution for Men__    Report Date: _6/13/2013_    APR 0 4 REC'D

*We test the drinking water quality for many constituents as required by state and federal regulations. This report shows the results of our monitoring for the period of January 1 - December 31, 2012 and may include earlier monitoring data.*

**Este informe contiene información muy importante sobre su agua potable. Tradúzcalo ó hable con alguien que lo entienda bien.**

Type of water source(s) in use:  Ground Water

Name & location of source(s):  Domestic Wells 1, 1A, 3A, 11A, 14, 15, 16                    FEB 2 8 REC'D

Drinking Water Source Assessment information:

A source assessment was performed in August 2001 for Wells 1, 1A, 3A and a11A. The sources were found to be vulnerable to the possible contaminating activities due to nitrate detection: animal feeding operations, wastewater treatment plants, non- irrigated crops, agricultural drainage and sewers. All source wells are currently being treated.

Time and place of regularly scheduled board meetings for public participation:  Inmates submit complaints to the Housing Unit Supervisor

For more information, contact:  Julie Cavender, CBM II          Phone:  (909 ) 606-7077

---

## TERMS USED IN THIS REPORT

**Maximum Contaminant Level (MCL):** The highest level of a contaminant that is allowed in drinking water. Primary MCLs are set as close to the PHGs (or MCLGs) as is economically and technologically feasible. Secondary MCLs are set to protect the odor, taste, and appearance of drinking water.

**Maximum Contaminant Level Goal (MCLG):** The level of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs are set by the U.S. Environmental Protection Agency (USEPA).

**Public Health Goal (PHG):** The level of a contaminant in drinking water below which there is no known or expected risk to health. PHGs are set by the California Environmental Protection Agency.

**Maximum Residual Disinfectant Level (MRDL):** The highest level of a disinfectant allowed in drinking water. There is convincing evidence that addition of a disinfectant is necessary for control of microbial contaminants.

**Maximum Residual Disinfectant Level Goal (MRDLG):** The level of a drinking water disinfectant below which there is no known or expected risk to health. MRDLGs do not reflect the benefits of the use of disinfectants to control microbial contaminants.

**Primary Drinking Water Standards (PDWS):** MCLs and MRDLs for contaminants that affect health along with their monitoring and reporting requirements, and water treatment requirements.

**Secondary Drinking Water Standards (SDWS):** MCLs for contaminants that affect taste, odor, or appearance of the drinking water. Contaminants with SDWSs do not affect the health at the MCL levels.

**Treatment Technique (TT):** A required process intended to reduce the level of a contaminant in drinking water.

**Regulatory Action Level (AL):** The concentration of a contaminant which, if exceeded, triggers treatment or other requirements that a water system must follow.

**Variances and Exemptions:** Department permission to exceed an MCL or not comply with a treatment technique under certain conditions.

**ND:** not detectable at testing limit

**ppm:** parts per million or milligrams per liter (mg/L)

**ppb:** parts per billion or micrograms per liter (µg/L)

**ppt:** parts per trillion or nanograms per liter (ng/L)

**ppq:** parts per quadrillion or picogram per liter (pg/L)

**pCi/L:** picocuries per liter (a measure of radiation)

---

**The sources of drinking water** (both tap water and bottled water) include rivers, lakes, streams, ponds, reservoirs, springs, and wells. As water travels over the surface of the land or through the ground, it dissolves naturally-occurring minerals and, in some cases, radioactive material, and can pick up substances resulting from the presence of animals or from human activity

[Ex.1  Pg.20 of 55]

**Contaminants that may be present in source water include:**

- *Microbial contaminants*, such as viruses and bacteria, that may come from sewage treatment plants, septic systems, agricultural livestock operations, and wildlife.
- *Inorganic contaminants*, such as salts and metals, that can be naturally-occurring or result from urban stormwater runoff, industrial or domestic wastewater discharges, oil and gas production, mining, or farming.
- *Pesticides and herbicides*, that may come from a variety of sources such as agriculture, urban stormwater runoff, and residential uses.
- *Organic chemical contaminants*, including synthetic and volatile organic chemicals, that are by-products of industrial processes and petroleum production, and can also come from gas stations, urban stormwater runoff, agricultural application, and septic systems.
- *Radioactive contaminants*, that can be naturally-occurring or be the result of oil and gas production and mining activities.

**In order to ensure that tap water is safe to drink,** the USEPA and the California Department of Public Health (Department) prescribe regulations that limit the amount of certain contaminants in water provided by public water systems. Department regulations also establish limits for contaminants in bottled water that provide the same protection for public health.

**Tables 1, 2, 3, 4, 5, 7, and 8 list all of the drinking water contaminants that were detected during the most recent sampling for the constituent.** The presence of these contaminants in the water does not necessarily indicate that the water poses a health risk. The Department allows us to monitor for certain contaminants less than once per year because the concentrations of these contaminants do not change frequently. Some of the data, though representative of the water quality, are more than one year old.

| TABLE 1 – SAMPLING RESULTS SHOWING THE DETECTION OF COLIFORM BACTERIA | | | | | |
|---|---|---|---|---|---|
| Microbiological Contaminants (complete if bacteria detected) | Highest No. of Detections | No. of months in violation | MCL | MCLG | Typical Source of Bacteria |
| Total Coliform Bacteria | (In a mo.) | 0 | More than 1 sample in a month with a detection | 0 | Naturally present in the environment |
| Fecal Coliform or *E. coli* | (In the year) | 0 | A routine sample and a repeat sample detect total coliform and either sample also detects fecal coliform or *E. coli* | 0 | Human and animal fecal waste |

| TABLE 2 – SAMPLING RESULTS SHOWING THE DETECTION OF LEAD AND COPPER | | | | | | |
|---|---|---|---|---|---|---|
| Lead and Copper (complete if lead or copper detected in the last sample set) | No. of samples collected | 90th percentile level detected | No. sites exceeding AL | AL | PHG | Typical Source of Contaminant |
| Lead (ppb) | 20 | 7.2 | 0 | 15 | 0.2 | Internal corrosion of household water plumbing systems; discharges from industrial manufacturers; erosion of natural deposits |
| Copper (ppm) | 20 | 0.200 | 0 | 1.3 | 0.3 | Internal corrosion of household plumbing systems; erosion of natural deposits; leaching from wood preservatives |

| TABLE 3 – SAMPLING RESULTS FOR SODIUM AND HARDNESS | | | | | | |
|---|---|---|---|---|---|---|
| Chemical or Constituent (and reporting units) | Sample Date | Level Detected | Range of Detections | MCL | PHG (MCLG) | Typical Source of Contaminant |
| Sodium (ppm) | 1/4/12-10/04/12 | 47 | 26-100 | none | none | Salt present in the water and is generally naturally occurring |

[Ex.1  Pg.21 of 55]

*2012 SWS CCR Form*                                                                 *Revised Jan 2013*