EDGAR R. NIELD, State Bar # 135018
GABRIELLE DE SANTIS NIELD, State Bar # 110930
NIELD LAW GROUP, APC
679 Encinitas Blvd., Suite 201
Encinitas, CA 92024
Telephone: (760) 942-9880
Facsimile: (760) 942-9882
Email: enield@nieldlaw.com

No Filing Fee Required
Govt. Code § 6103

Attorneys for Defendant K. Torres

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD TAYLOR, et al., <br><br> Plaintiff, <br><br> v. <br><br> WARDEN BORDER, et al., <br><br> Defendant. | Case No. 5:18-CV-02488-AB-AGR <br><br> **DEFENDANT K. TORRES' NOTICE OF JOINDER AND JOINDER TO DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, S. ALMOSARA, D. BORDER, B. BARELLA, J. CAVENDER, J. CORE, T. LAMBERT, I. MORALES, AND T. LE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [F.R.C.P. Rule 12(b)(6)](ECF. NO.42)** <br><br> District Judge: Hon. André Birotte Jr. <br> Magistrate Judge: Hon. Alicia G. Rosenberg <br> Action filed: 11/27/2018 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant K. TORRES ("DEFENDANT") hereby Joins in the arguments set forth in the Motion to Dismiss Plaintiffs' Complaint filed on December 9, 2019 by Defendants California Department of Corrections and Rehabilitation ("CDCR"), S. Almosara, D. Border, B. Barella, J. Cavender, J. Core, T. Lambert, I. Morales, and T. Le. (ECF. No. 42). The arguments set forth in Defendants' Motion to Dismiss pursuant to FederalRule 12(b)(6) (ECF.

No. 42) apply with equal force to Defendant K. Torres. Therefore, Defendant Torres joins in the arguments in their entirety, as they apply in equal force to him, including all arguments and statements of issue or fact contained therein.

DATED: December 10. 2019          Respectfully submitted,

NIELD LAW GROUP APC

By:   */s/ Gabrielle DeSantis Nield*
      Edgar R. Nield,
      Gabrielle DeSantis Nield,
      Attorneys for Defendant K. Torres